# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD EARL ESSEX, JR.,
               Appellant,
vs.
THE STATE OF NEVADA,
               Respondent.

No. 80614

FILED

APR 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order finding appellant competent to stand trial. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Because no statute or court rule provides for an appeal from an order finding a criminal defendant to be competent to stand trial, this court directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Appellant has responded and concedes no authority supports this appeal, but argues that due process will be violated if appellant is not permitted to appeal at this time in the proceedings. This court's appellate jurisdiction is governed by statute and court rule. This court lacks jurisdiction, and therefore

ORDERS this appeal DISMISSED.

                                                Parraguirre      , J.

Hardesty      , J.                     Cadish      , J.

cc: Hon. Linda Marie Bell, Chief Judge
TCM Law
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk